# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. HILL, | CASE NO. 1:07-cv-01254-AWI-DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JEFF WRIGLEY, et al., | |
| Defendants. | |

Plaintiff Eric B. Hill ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2), and finds that it states cognizable claims for relief under <u>Bivens</u> against defendant Daugherty for violation of plaintiff's rights under the First Amendment.[1]  Fed. R. Civ. P. 8(a). Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   DEPUTY WARDEN DAUGHERTY

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons,

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claims against defendants Wrigley, Sy, McBride and Patrick be dismissed for failure to state a claim upon which relief may be granted against them.

1

a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed August 30, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for defendant Daugherty; and

   c. Two (2) copies of the endorsed complaint filed August 30, 2007.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **May 30, 2008**                       **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE