1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ERIC B. HILL,                                         CASE NO. 1:07-CV-01254 AWI DLB PC

12                        Plaintiff,             _____  ORDER ADOPTING FINDINGS AND
                                                          RECOMMENDATIONS, AND
13                                                        DISMISSING DEFENDANTS WRIGLEY, SY,
                                                          McBRIDE AND PATRICK FROM THIS ACTION
14          vs.

15    JEFF WRIGLEY, et al.,                               (Doc. 14)

16                        Defendants.
      _____/
17

18          Plaintiff Eric B. Hill ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action

19    pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21          On June 6, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was

22    served on plaintiff and which contained notice to plaintiff that any objection to the Findings and

23    Recommendations was to be filed within thirty days.  Plaintiff did not file a timely Objection to the

24    Findings and Recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de

26    novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

27    Recommendations to be supported by the record and by proper analysis.

28    ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed June 6, 2008, is adopted in full;

2.  Plaintiff's claims as against defendants Wrigley, Sy, McBride and Patrick are dismissed; and

3.  This action shall proceed only against defendant Daugherty on plaintiff's First Amendment claim.

IT IS SO ORDERED.

**Dated:    July 25, 2008                                     /s/ Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE

2