# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. HILL, ) | |
| ) | Case No. CV 1:07-1254-BLW-LMB |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| RAYLENE DAUGHERTY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Currently pending before the court is Plaintiff's request that Defendant respond to discovery. *Notice and Motion* (Docket No. 52). On September 30, 2009, the court permitted Plaintiff to complete discovery and file a supplemental response to Defendant's Motion for Summary Judgment. *Order* (Docket No. 51). On December 15, 2009, Defendant filed a notice, indicating Defendant has provided the discovery responses to Plaintiff, rendering Plaintiff's motion moot. *Supplement* (Docket No. 53).

NOW THEREFORE IT IS HEREBY ORDERED: Plaintiff's *Motion* (Docket No. 52) is MOOT and therefore DENIED.

IT IS FURTHER HEREBY ORDERED that Plaintiff shall file any supplemental response to the Motion for Summary Judgment by January 8, 2010.

DATED: **December 21, 2009**.

_____
Honorable Larry M. Boyle
United States Magistrate Judge