IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC B. HILL,        ) | |
| ) | Case No. CV 1:07-1254-BLW-LMB |
| Plaintiff,      ) | |
| ) | **JUDGMENT** |
| v.                       ) | |
| ) | |
| RAYLENE DAUGHERTY,   ) | |
| ) | |
| Defendant.    ) | |
| _____   ) | |

The Court earlier entered an Order dismissing this action with prejudice based upon the parties' Stipulation. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's entire cause of action is DISMISSED with prejudice, each side to bear its own costs and attorney's fees.



DATED:  **February 10, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**